UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.,

                    Plaintiff,

      -against-

                                        **ORDER**
                                        15 CV 6499 (RJD) (SMG)

EMILY BAR RESTAURANT, INC.
and MARIA ELIZABETH GUAILACELA,

                    Defendants.
-----------------------------------------------------------------X

DEARIE, District Judge.

      By Report and Recommendation dated September 27, 2016, Magistrate Judge Gold recommended that Plaintiff's motion for default judgment, ECF No. 12, be granted as to Defendant Emily Bar Restaurant, Inc. in the amount of $9,252.50 ($8,800 in statutory damages and $452.50 in costs) and denied as to Defendant Maria Elizabeth Guailacela. ECF No. 15

      The deadline for filing objections to the Report and Recommendation was October 14, 2016, and no objections have been filed. The Court has reviewed Judge Gold's Report and Recommendation and, having found no clear error, adopts it in its entirety. Accordingly, judgment is to be entered in Plaintiff's favor against Defendant Emily Bar Restaurant, Inc. in the amount of $9,252.50.

**SO ORDERED.**

Dated: Brooklyn, New York
       November _/_, 2016

                                              s/ RJD

                                        RAYMOND J. DEARIE
                                        United States District Judge